JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DEBRA DONAHUE,

Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, AND DOES 1 THROUGH 10, INCLUSIVE,

Defendants.

Case No. 2:25-cv-04153-PA-MAA

**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

Complaint Filed:   May 8, 2025

Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure 41(a), the above-entitled action is hereby dismissed with prejudice in its entirety and as to all parties, with all parties to bear their own attorney's fees, costs and expenses.

**IT IS SO ORDERED.**

DATED:  January 20, 2026

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1                                      Case No. 2:25-cv-04153-PA-MAA

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION